793876
Phelan Hallinan & Diamond, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for Secured U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST</u>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

---

Order Filed on June 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GREGORY L. SENIOR
JESSICA M. SENIOR

Case No: 16-32086 - ABA

Hearing Date: _____

Judge: Andrew B. Altenburg, Jr.

# CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The consent order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 28, 2017**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

793876
Phelan Hallinan & Diamond, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9
MASTER PARTICIPATION TRUST

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

CASE NO. 16-32086 - ABA

GREGORY L. SENIOR
JESSICA M. SENIOR

CHAPTER 13

CONSENT ORDER ALLOWING
LATE PROOF OF CLAIM

HEARING DATE: _____

This Consent Order pertains to the property located at 1001 FRIENDSHIP LANE, CHERRY HILL, NJ 08002-1018, mortgage account ending with "3633";

THIS MATTER having been brought before the Court by PHELAN HALLINAN & DIAMOND, PC, representing U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, in the filing of the Secured Proof Of Claim after the Proof of Claim bar date; and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS on the                          day of                         , 2014, ORDERED as follows:

1.     The Trustee is authorized to pay the late filed claim of Creditor, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, in the amount of $106,930.14.

2.     Debtors agree to pay U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST'S Proof of Claim in the amount of $106,930.14 which was filed after Proof of Claim bar date.

3.     Debtors' plan is hereby amended to allow $106,930.14 to be paid to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST.

4.  Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

5.  This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

Phelan Hallinan & Diamond, PC
Attorneys for Secured Creditor:
U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9
MASTER PARTICIPATION TRUST

/s/__James P. Shay_____     Dated: ___6/27/17_____
James P. Shay, Esq.
Phelan Hallinan Diamond & Jones, P.C.
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 41326
Fax: 856-813-5501
Email: james.shay@phelanhallinan.com


/s/  Steven N. Taieb_____     Dated: ___6/8/2017_____
Steven N. Taieb, Esquire
Attorney for debtors