```
793876
Phelan Hallinan & Diamond, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for Secured U.S. BANK TRUST, N.A., AS
TRUSTEE FOR LSF9 MASTER PARTICIPATION
TRUST

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
```

Order Filed on June 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GREGORY L. SENIOR
JESSICA M. SENIOR

Case No: 16-32086 - ABA

Hearing Date: _____

Judge: Andrew B. Altenburg, Jr.

# CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The consent order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

793876
Phelan Hallinan & Diamond, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9
MASTER PARTICIPATION TRUST</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

CASE NO. 16-32086 - ABA

GREGORY L. SENIOR
JESSICA M. SENIOR

CHAPTER 13

CONSENT ORDER ALLOWING
LATE PROOF OF CLAIM

HEARING DATE: _____

This Consent Order pertains to the property located at 1001 FRIENDSHIP LANE, CHERRY HILL, NJ 08002-1018, mortgage account ending with "3633";

THIS MATTER having been brought before the Court by PHELAN HALLINAN & DIAMOND, PC, representing U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, in the filing of the Secured Proof Of Claim after the Proof of Claim bar date; and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS on the _____ day of _____, 2014, ORDERED as follows:

1.    The Trustee is authorized to pay the late filed claim of Creditor, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, in the amount of <u>$106,930.14</u>.

2.    Debtors agree to pay U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST'S Proof of Claim in the amount of <u>$106,930.14</u> which was filed after Proof of Claim bar date.

3.    Debtors' plan is hereby amended to allow <u>$106,930.14</u> to be paid to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST.

  4. Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

  5. This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.


The undersigned hereby consent to the form,
Content and entry of the within Order:

Phelan Hallinan & Diamond, PC
Attorneys for Secured Creditor:
U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9
MASTER PARTICIPATION TRUST

/s/__James P. Shay_____ Dated: ___6/27/17_____
James P. Shay, Esq.
Phelan Hallinan Diamond & Jones, P.C.
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 41326
Fax: 856-813-5501
Email: james.shay@phelanhallinan.com


/s/  Steven N. Taieb_____ Dated: ___6/8/2017_____
Steven N. Taieb, Esquire
Attorney for debtors

United States Bankruptcy Court
District of New Jersey

In re:  
Gregory L Senior  
Jessica M Senior  
      Debtors

Case No. 16-32086-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 28, 2017  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2017.  
db/jdb       +Gregory L Senior,    Jessica M Senior,    119 Kenton Avenue,    Pitman, NJ 08071-1114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2017 at the address(es) listed below:  
         Brian C. Nicholas     on behalf of Creditor     U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Francesca Ann Arcure     on behalf of Creditor     Ditech Financial LLC as servicer for LSF9 MTG HOLDINGS, L nj_ecf_notices@buckleymadole.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         James Patrick Shay     on behalf of Creditor     U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST james.shay@phelanhallinan.com  
         Michael Frederick Dingerdissen     on behalf of Creditor     U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
         Steven N. Taieb     on behalf of Joint Debtor Jessica M Senior staieb@comcast.net  
         Steven N. Taieb     on behalf of Debtor Gregory L Senior staieb@comcast.net  
                                                                                                      TOTAL: 8