Form: ICB-19001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in compliance with D.N.J. LBR 9004-2(c)**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

**Order Filed on December 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

   Gregory L. Senior
   Jessica M. Senior

                   Debtor(s)

Case No.: 16-32086 (ABA)

Hearing Date: 12/13/2017

Judge:       Andrew B. Altenburg, Jr.

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: December 14, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Gregory L. Senior and Jessica M. Senior
Case No.: 16-32086 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having

been held on the Confirmation of such Plan, and it appearing that the applicable provision of the

Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause

show, it is

**ORDERED** that the modified plan of the above named debtor, dated 10/31/2017, or the last

amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make

payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is

further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of

$1,200.00 **for a period of 48 months** beginning immediately, which payment shall include

commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together

with $24,349.00 paid to date.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30

days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's

Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be

dismissed.  The debtor shall have five days within which to file with the Court and serve upon

the Trustee a written objection to such Certification.

Page 3 of 3

Debtor: Gregory L. Senior and Jessica M. Senior

Case No.: 16-32086 (ABA)

Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

**ORDERED** as follows:

total plan length of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-32086-ABA
Gregory L Senior                                                      Chapter 13
Jessica M Senior
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Dec 14, 2017
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2017.
db/jdb          +Gregory L Senior,   Jessica M Senior,   119 Kenton Avenue,   Pitman, NJ 08071-1114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
        Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
         PARTICIPATION TRUST nj.bkecf@fedphe.com
        Brian C. Nicholas    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
         PARTICIPATION TRUST bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Francesca Ann Arcure    on behalf of Creditor    Ditech Financial LLC as servicer for LSF9 MTG
         HOLDINGS, L nj_ecf_notices@buckleymadole.com,   NJ_ECF_Notices@McCalla.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        James Patrick Shay    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
         PARTICIPATION TRUST james.shay@phelanhallinan.com
        Steven N. Taieb    on behalf of Joint Debtor Jessica M Senior staieb@comcast.net
        Steven N. Taieb    on behalf of Debtor Gregory L Senior staieb@comcast.net
                                                                              TOTAL: 8