| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>STEVEN N. TAIEB, ESQ.<br>by __/s/Steven N. Taieb,Esquire__<br>Steven N. Taieb, ST 8001<br>1155 Route 73, Suite 11<br>Mt. Laurel, NJ 08054<br>856-235-4994<br>Attorney for Debtors | Order Filed on April 30, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>  Gregory & Jessica Senior | Case No:          16-32086<br><br>Chapter:                13<br><br>Hearing Date:    4/30/19<br><br>Judge:                 ABA |

### CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**   ☐ **LIEN**   ☐ **OTHER (specify)** _____

> Recommended Local Form:   ☒ Followed   ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 30, 2019**

_Honorable Andrew B. Altenburg, Jr._
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address)   119 Kenton Avenue, Pitman, NJ 08071

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder:  Veripro Solutions
   b. Current Assignee:  BCMB1 Trust
   c. Current Servicer:  Veripro Solutions
   d. Date of Mortgage/Lien:  2/12/07
   e. Date of Recordation:  2/21/07
   f. Place of Recordation:  Gloucester County
      i. Mortgage Book:  10387
      ii. Page:  24
   g. Original Principal Balance of Mortgage/Lien: $ 28,800

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*