| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>STEVEN N. TAIEB, ESQ.<br>by __/s/Steven N. Taieb,Esquire__<br>Steven N. Taieb, ST 8001<br>1155 Route 73, Suite 11<br>Mt. Laurel, NJ 08054<br>856-235-4994<br>Attorney for Debtors | Order Filed on April 30, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Gregory & Jessica Senior | Case No: _____16-32086_____<br><br>Chapter: 13<br><br>Hearing Date: _____4/30/19_____<br><br>Judge: _____ABA_____ |

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**   ☐ **LIEN**   ☐ **OTHER** (specify) _____

> Recommended Local Form:   ☒ Followed   ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 30, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address)   119 Kenton Avenue, Pitman, NJ 08071

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Veripro Solutions
   b. Current Assignee: BCMB1 Trust
   c. Current Servicer: Veripro Solutions
   d. Date of Mortgage/Lien: 2/12/07
   e. Date of Recordation: 2/21/07
   f. Place of Recordation: Gloucester County
      i. Mortgage Book: 10387
      ii. Page: 24
   g. Original Principal Balance of Mortgage/Lien: $ 28,800

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Gregory L Senior  
Jessica M Senior  
       Debtors

Case No. 16-32086-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: May 01, 2019  
                           Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.  
db/jdb      +Gregory L Senior,    Jessica M Senior,    119 Kenton Avenue,    Pitman, NJ 08071-1114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:

         Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
         Brian C. Nicholas    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Francesca Ann Arcure    on behalf of Creditor    Ditech Financial LLC as servicer for LSF9 MTG HOLDINGS, L NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         James Patrick Shay    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST jpshay@mdwcg.com, jpshay@gmail.com  
         Robert P. Saltzman    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-GS1 dnj@pbslaw.org  
         Steven N. Taieb    on behalf of Joint Debtor Jessica M Senior staieb@comcast.net, sntgale@aol.com  
         Steven N. Taieb    on behalf of Debtor Gregory L Senior staieb@comcast.net, sntgale@aol.com  
                                                                                                     TOTAL: 9