Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                        Case No.: 16–32086–ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gregory L Senior | Jessica M Senior |
| 119 Kenton Avenue | 1979 |
| Pitman, NJ 08071 | 119 Kenton Avenue |
| | Pitman, NJ 08071 |

Social Security No.:
  xxx–xx–8993                             xxx–xx–1640

Employer's Tax I.D. No.:

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 15, 2019</u>                <u>Andrew B. Altenburg Jr.</u>
                                         Judge, United States Bankruptcy Court